THOMAS J. HOWARD, Respondent, v. BRITISH LAW INSURANCE COMPANY, LTD., and Others, Appellants.— Order denying defendants' motion to vacate warrant of attachment unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

FLORENCE E. AYRES, Appellant, v. EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Respondent.— Order, so far as appealed from, denying plaintiff's motion for a bill of particulars as to items 3 and 5 of the notice of motion, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Verified bill of particulars to be served within ten days after service of order. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

MATHILDE VIRGINIE CAMPAU NOECKEL, Respondent, v. W. R. K. TAYLOR and Others, Appellants.— Order granting plaintiff's motion for examination of defendants W. R. K. Taylor and William J. Galligan before trial and for the production of certain books and records, unanimously reversed, with twenty dollars costs and disbursements, and motion denied. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

MARIE F. BARNES, as Executrix under the Last Will and Testament of EARL B. BARNES, Deceased, Respondent, v. BRAINARD AVERY and Others, Appellants. — Order denying defendants' motion to vacate and set aside referee's report unanimously affirmed, with twenty dollars costs and disbursements. Although we affirm this order, we very strongly disapprove of a referee assigning prospective fees. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

SIDNEY A. GREENBERG, Respondent, v. THE NEW YORK, CHICAGO AND ST. LOUIS RAILROAD COMPANY, Appellant.— Order denying motion of defendant, appearing specially, to set aside the service of the summons unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within ten days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

JACK BELLMAN and Others, Appellants, v. ADOLPH POLLAK and Others, Respondents, Impleaded with Another. ALEXANDER MARKS and Another, Respondents, v. HOLLYWOOD PICTURES CORPORATION and Others, Appellants.— Order denying motion for consolidation of actions unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The action by Bellman and others v. Pollak and others to try out the title of Marks and others to the stock should be first tried. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

MILDRED BRINN, Respondent, v. SOLOMON BRINN, Appellant.— Order denying defendant's motion to vacate his default in serving a proposed case on appeal unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.